UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X  06 CV 3382 (NG) (KAM)

J & J SPORTS PRODUCTIONS, INC.

     **Plaintiff,**

 -against-             <u>**ORDER**</u>

**CARLOS M. GUERRA**
**CEVICHERIA LOS GUERRA RESTAURANT**

     **Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

   In this action to recover damages pursuant to 47 U.S.C. §§ 553 and 605, based on defendant's alleged unauthorized reception and publication of a boxing match for which plaintiff owned the distribution rights, plaintiff, on October 3, 2006, filed a request for the entry of default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on October 6, 2006. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable Kiyo A. Matsumoto, United States Magistrate Judge, for a report and recommendation concerning the relief requested by plaintiff.

                 **SO ORDERED.**

                   /S/
                 **NINA GERSHON**
                 **United States District Judge**

Dated: Brooklyn, New York
    October 23, 2006